O'CONNOR, Respondent, *v.* A. C. NELLIS Co., Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from first district court.
Argued before LARREMORE, C. J., and VAN HOESEN, J.
*Wilmot & Gage,* for appellant.   *J. F. Rogers,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

ODELL, Respondent, *v.* NEW YORK EL. R. Co., Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from trial term.
Argued before LARREMORE, C. J., and DALY and BOOKSTAVER, JJ.
*Davies & Rapallo,* for appellant.   *Sackett & Bennett,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

POOL, Respondent, *v.* CHEMICAL SAFETY PAPER Co., Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from city court, general term.
Argued before LARREMORE, C. J., and VAN HOESEN, J.
*Amundson & Ward,* for appellant.   *Harwood R. Pool,* for respondent.
No opinion.   Judgment affirmed, with costs.

---

PUGSLEY, Respondent, *v.* SUMNER, Appellant.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from special term.
Argued before LARREMORE, C. J., and VAN HOESEN, J.
*E. T. Duffy,* for appellant.   *T. M. Tyng,* for respondent.
No opinion.   Order affirmed, with costs.

---

REGUS, Appellant, *v.* MORGAN *et al.,* Respondents.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from eighth district court.
Argued before LARREMORE, C. J., and VAN HOESEN, J.
No opinion.   Ordered that the judgment be affirmed, with costs.

---

REYER, Appellant, *v.* CHAMBERLAIN, Respondent.

*(Common Pleas of New York City and County, General Term.* November, 1889.)

Appeal from special term.
Argued before LARREMORE, C. J., and BOOKSTAVER, J.
*Le Barbier & Brewster,* for appellant.   *Wilson & Wallis,* for respondent.
No opinion.   Judgment affirmed, with costs.